HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone: (316) 267-2000
Facsimile: (316) 630-8466

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRAVE LAW FIRM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 17-CV-1156 |
| ) | |
| TRUCK ACCIDENT LAWYERS GROUP, INC., ) | |
| BRAD PISTOTNIK LAW, P.A., AFFILIATED ) | |
| ATTORNEYS OF PISTOTNIK LAW OFFICES, P.A., ) | |
| BRADLEY A. PISTOTNIK and BRIAN D. ) | |
| PISTOTNIK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANT AFFILIATED ATTORNEYS OF PISTOTNIK LAW OFFICES, P.A.'S MOTION TO DISMISS

Defendant Affiliated Attorneys of Pistotnik Law Offices, P.A. ("AAPLO"), by and through its counsel and duly appointed receiver David M. Rapp, submits this Memorandum in Support of AAPLO's Motion to Dismiss and respectfully move for an Order dismissing Plaintiff Brave Law Firm, LLC's ("Brave") Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 9(b) because 1) Plaintiff's Lanham Act claim fails to state a claim as the allegations do not establish that Plaintiff falls within the zone of interest and/or that Plaintiff was damaged; 2) Plaintiff's Amended Complaint fails to comply with Rule 9(b) in that Plaintiff has failed to plead its Lanham Act claim with specificity; 3) Plaintiff's Amended Complaint fails to establish Article III standing; and 4) Plaintiff's Amended Complaint fails to state a claim for tortious interference with a prospective business relationship and civil conspiracy.

Plaintiff's Amended Complaint alleges claims under the Lanham Act and Kansas state law against AAPLO and several co-Defendants based on allegations of false and deceptive advertising.  In support of AAPLO's motion to dismiss and for the sake of judicial economy, AAPLO adopts and incorporates by reference the arguments and authorities set forth in co-defendants Truck Accident Lawyers Group, Inc., Brad Pistotnik Law, P.A. & Bradley A. Pistotnik (Docs. 44, 45) ("TALG motion") as if fully stated herein.

AAPLO respectfully requests that the Court enter an Order dismissing Plaintiff's Amended Complaint for the arguments set forth in the TALG motion and adopted herein.

        Respectfully submitted,

        HINKLE LAW FIRM LLC

        By /s/ David M. Rapp
        David M. Rapp, SC No. 08802
        1617 North Waterfront Parkway, Suite 400
        Wichita, Kansas 67206
        Telephone: (316) 267-2000
        Facsimile: (316) 630-8466
        E-mail:  drapp@hinklaw.com
        *Receiver for Defendant, Affiliated Attorneys of Pistotnik Law Offices, P.A.*

## CERTIFICATE OF SERVICE

I do hereby certify that on August 3rd, 2018, the above and foregoing MEMORANDUM IN SUPPORT OF DEFENDANT AFFILIATED ATTORNEYS OF PISTOTNIK LAW OFFICES, P.A.'S MOTION TO DISMISS was filed via the CM/ECF system, which will send a copy to:

Stephen L. Brave
Brave Law Firm
3500 North Rock Road, Building 100
Wichita, Kansas 67226
E-mail:  sbrave@bravelawfirm.com
*Attorneys for Plaintiff*

Richard A. Olmstead
Kutak Rock LLP - Wichita
111 S Whittier St, Omni Center IV, Suite 110
Wichita, Kansas 67207
E-mail:  richard.olmstead@kutakrock.com

and

Stephen E. Robison
Lyndon W. Vix
Fleeson, Gooing, Coulson & Kitch, L.L.C.
1900 Epic Center
301 North Main
Wichita, Kansas 67202
E-mail:  srobison@fleeson.com
          lvix@fleeson.com
*Attorneys for Defendants, Truck Accident Lawyers Group, Inc.,*
*Brad Pistotnik Law, P.A. and Bradley A. Pistotnik*

Brian D. Pistotnik
Pistotnik Law Offices, L.L.C.
2831 E Central
Wichita, KS 67214
E-mail:  brianpistotnik@pistotniklaw.com
*Defendant, Pro Se*

/s/ David M. Rapp